## SHARON LEE ALBUQUERQUE *v.* STATE EMPLOYEES RETIRE- MENT COMMISSION

The plaintiff's petition for certification for appeal from the Appellate Court, 124 Conn. App. 866 (AC 31487), is denied.

*Charles D. Houlihan, Jr.*, in support of the petition.

*Thomas P. Clifford III*, assistant attorney general, in opposition.

Decided January 4, 2011